AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DEBBIE TAKATA,

    Plaintiff,

v.

HARTFORD COMPREHENSIVE EMPLOYEE BENEFIT SERVICE COMPANY, et al,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5068-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Hartford did not abuse its discretion by terminating Ms. Takata's claim for benefits under Battelle's long-term disability plan.  Nor is Plaintiff entitled to ERISA penalties for any alleged failure to provide information pursuant to Plaintiff's request.  Defendant's motion for summary judgment, ECF No. 46, is therefore GRANTED.  Judgment for Defendants.  Case closed.

October 16, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer